DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Chatmon v. N.C. Dep't of Health & Human Servs.<br><br>Case Below:<br>175 N.C. App. 85 | No. 042P06 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA05-112)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied (04/06/06)<br><br>2. Dismissed as Moot (04/06/06) |
| Cline v. Black<br><br>Case Below:<br>173 N.C. App. 447 | No. 597P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1527) | Denied (05/04/06) |
| Croom v. Humphrey<br><br>Case Below:<br>175 N.C. App. 765 | No. 133P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-318) | Denied (04/06/06) |
| Eugene Tucker Builders, Inc. v. Ford Motor Co.<br><br>Case Below:<br>175 N.C. App. 151 | No. 086P06 | Plt's PWC to Review Decision of COA (COA05-72) | Denied (04/06/06) |
| Forbis v. Neal<br><br>Case Below:<br>175 N.C. App. 455 | No. 079A06 | 1. Plt's NOA (Dissent) (COA04-1495)<br><br>2. Plt's PDR as to Additional Issues<br><br>3. Def's Motion to Dismiss Appeal | 1. Treated as PWC-allowed (04/06/06)<br><br>2. Allowed (04/06/06)<br><br>3. Allowed (04/06/06) |
| Good Hope Health Sys. v. N.C. Dep't of Health & Human Servs.<br><br>Case Below:<br>175 N.C. App. 296 | No. 057A06 | 1. Petitioners' NOA (Dissent) (COA05-123)<br><br>2. Petitioners' PDR Under N.C.G.S. § 7A-31<br><br>3. Petitioners' PDR as to Additional Issues<br><br>4. Petitioner's PWC to Review Order of COA<br><br>5. Petitioners' PWC to Review Order of COA<br><br>6. Petitioners' Motion to Expedite Consideration | 1. ——<br><br>2. Allowed (05/04/06)<br><br>3. Allowed (05/04/06)<br><br>4. Denied (05/04/06)<br><br>5. Denied (05/04/06)<br><br>6. Denied (05/04/06) |